UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JULIE MICHELLE GEHRKE,

      Plaintiff,

v.                                                Case No. 18-cv-1800-pp

ANDREW M. SAUL,

      Defendant.

**ORDER GRANTING STIPULATED MOTION FOR REMAND (DKT. NO. 22), AND REMANDING CASE FOR FURTHER PROCEEDINGS UNDER SENTENCE FOUR OF 42 U.S.C. §405(g)**

On August 2, 2019, the parties filed a stipulated motion to remand this case for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Dkt. No. 22. The court **GRANTS** the stipulated motion for remand, and **ORDERS** that:

The Commissioner of Social Security's denial of benefits is **REVERSED** and this case is **REMANDED** to the Commissioner. On judicial remand, an administrative law judge will hold a new administrative hearing. The ALJ will consider Dr. Orton's opinion, plaintiff's residual functional capacity, and his step five finding. The ALJ will issue a *de novo* decision consistent with all applicable rules and regulations.

Dated in Milwaukee, Wisconsin this 12th day of August, 2019.

                                                      **BY THE COURT:**

                                                      **HON. PAMELA PEPPER**
                                                      **United States District Judge**